UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERIANNE KANE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> IXIA HOLDINGS, LLC, et al., <br><br> Defendants. | No. 1:20-cv-01805-DAD-SKO <br><br> **ORDER REASSIGNING CASE** <br><br> Old Case Number: :1:20-cv-01805-DAD-SKO <br><br> **New Case Number: 1:20-cv-01805-DAD-JLT** |

Due to the location of the acts and omissions complained of by the plaintiffs and the location of the defendants, as well as the case having been removed from the Superior Court of the State of California, County of Inyo, the Court has determined that this case should be reassigned to the docket of a different Magistrate Judge.

The new case number shall be **1:20-cv-01805-DAD-JLT**. All future pleadings shall be so numbered. Failure to use the correct case number may result in a delay in documents being received by the correct judicial officer.

The Clerk of Court is DIRECTED to issue new case documents. The Initial Scheduling Conference currently set for March 11, 2021, before Magistrate Judge Sheila K. Oberto is VACATED and will be RESET before Magistrate Judge Jennifer L. Thurston.

IT IS SO ORDERED.

Dated: __December 23, 2020__         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

1