**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERIANNE KANE, et al., | Case No. 1:20-cv-01805-DAD-JLT |
| Plaintiffs, | **[~~PROPOSED~~] ORDER ON STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE AND FOR DATE FOR SUBMISSION OF THE JOINT SCHEDULING REPORT** |
| v. | |
| IXIA HOLDINGS, et al., | |
| Defendants. | **(Doc. 26)** |

Based upon the stipulation of the parties, the Court CONTINUES the mandatory scheduling conference to June 7, 2021 at 8:30 a.m. The Joint Scheduling Report shall be submitted one week prior to the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated:   **March 3, 2021**             **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE