1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  JERIANNE KAYE, et al., | Case No. 1:20-cv-01805-DAD-JLT |
| 12              Plaintiffs, | [~~PROPOSED~~] **ORDER GRANTING** |
| 13  vs. | **FURTHER STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE AND FOR DATE FOR** |
| 14  IXIA HOLDINGS, LLC dba BISHOP CARE CENTER, INC., et al., | **SUBMISSION OF THE JOINT SCHEDULING REPORT** |
| 15              Defendants. | **(Doc. 30)** |
| 16 | |

17          Based upon the stipulation of the parties (Doc. 30), the Mandatory Scheduling Conference is

18  CONTINUED to November 29, 2021.  The parties SHALL file the Joint Scheduling Report at least

19  one week prior to the conference.

20

21  IT IS SO ORDERED.

22      Dated:   **August 6, 2021**             **/s/ Jennifer L. Thurston**

23                                         CHIEF UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28