1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12    JERIANNE KANE, et al.,                    No. 1:20-cv-01805-DAD-BAK (SKO)

              Plaintiffs,

13

14       v.                                     ORDER GRANTING JOINT STIPULATION
                                                TO REMAND AND REMANDING ACTION
      IXIA HOLDINGS, LLC, et al.,               TO INYO COUNTY SUPERIOR COURT

15

16            Defendants.

17

18          This matter was removed to this court from Inyo County Superior Court on December 21,

19    2020 by defendants Horizon West Healthcare, Inc. and Ixia Holdings, LLC d/b/a/ Bishop Care

20    Center on the basis of federal officer jurisdiction and federal question jurisdiction pursuant to 28

21    U.S.C. § 1331 and the Public Readiness and Emergency Preparedness Act, 42 U.S.C. §§ 247d-6d

22    and 247d-6e (2006).  (Doc. No. 1.)  On December 15, 2021, this court entered an order staying

23    this action pending the Ninth Circuit's ruling in *Saldana v. Glenhaven Healthcare LLC*, No. 20-

24    56194.  (Doc. No. 34.)  On May 20, 2022, this court issued a minute order directing defendants to

25    show cause why this action should not be remanded in light of the Ninth Circuit's decision in

26    *Saldana*.  (Doc. No. 37.)  On May 31, 2022, the parties filed a joint stipulation to remand this

27    action to the Inyo County Superior Court.  (Doc. No. 37.)

28    /////

                                                  1

1    Good cause appearing, the court therefore adopts the parties' stipulation and directs that

2  this matter be remanded to the Inyo County Superior Court.  Accordingly, the Clerk of the Court

3  is directed to close this case.

4  IT IS SO ORDERED.

5    Dated:   **June 2, 2022**                                      _Dale A. Drozd_

6                                                         UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28